Matter of Warren v Department of Corr. & Community Supervision (2025 NY Slip Op 05022)

Matter of Warren v Department of Corr. & Community Supervision

2025 NY Slip Op 05022

Decided on September 18, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 18, 2025

CV-24-0863
[*1]In the Matter of Altonio Warren, Appellant,
v
Department of Corrections and Community Supervision et al., Respondents.

Calendar Date:August 29, 2025

Before:Garry, P.J., Pritzker, Reynolds Fitzgerald, Ceresia and Mackey, JJ.

Altonio Warren, Napanoch, appellant pro se.
Letitia James, Attorney General, Albany (Sean P. Mix of counsel), for respondents.

Appeal from a judgment of the Supreme Court (Amy Joyce, J.), entered March 25, 2024 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Central Office Review Committee denying petitioner's grievance.
Judgment affirmed. No opinion.
Garry, P.J., Pritzker, Reynolds Fitzgerald, Ceresia and Mackey, JJ., concur.
ORDERED that the judgment is affirmed, without costs.